UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIKA VENTURA,

      Plaintiff,

v.

REGENTS OF THE UNIVERSITY
OF MICHIGAN, JULIE WHITBECK,
and JOE SZCODRONSKI,

      Defendant.

Case No. 24-cv-11824

Hon. Shalina D. Kumar

| Noah S. Hurwitz (P74063) | Thomas L. Kent (P55863) |
| Kara F. Krause (P85487) | UNIVERSITY OF MICHGIAN |
| HURWITZ LAW PLLC | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | 1109 Geddes Avenue |
| 340 Beakes St., Ste. 125 | Ruthven Building, Suite 2300 |
| Ann Arbor, MI 48104 | Ann Arbor, MI 48109 |
| (844) 847-9489 | (734) 764-0304 |
| noah@hurwitzlaw.com | tomkent@umich.edu |
| kara@hurwitzlaw.com | |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the stipulation of the parties, Plaintiff Erika Ventura ("Plaintiff") and Defendants Regents of the University of Michigan, Julie Whitbeck, and Joe Szcodronski ("Defendants"), the above-captioned matter is **DISMISSED WITH PREJUDICE**, without costs or fees to either party. This order disposes of all claims and closes the case.

      **IT IS SO ORDERED.**

Date: January 30, 2025                                    s/Shalina D. Kumar
                                                          Honorable Shalina D. Kumar
                                                          United States District Judge

Stipulated to, and respectfully submitted, by:


/s/ *Noah S. Hurwitz*                        /s/ *Thomas L. Kent*
Noah S. Hurwitz (P74063)                     Thomas L. Kent (P55863)
Hurwitz Law PLLC                             University of Michgian
340 Beakes St., Ste. 125                     1109 Geddes Avenue
Ann Arbor, MI 48104                          Ruthven Building, Suite 2300
*Attorneys for Plaintiff*                    Ann Arbor, MI 48109
                                             *Attorneys for Defendants*